LAW LIBRARY

**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

NO. 29121

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
EFREN J.K. QUILLAYEN, also known as "Jesse,"
Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CR. NO. 07-1-0434)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion of the court, filed on December 30, 2009, is hereby corrected as follows:

1. On page 11, in the third line from the bottom of the page, the word "of" should be inserted between the words "option" and "reaching" so that as corrected, the text reads as follows: "the option of reaching different verdicts . . . ."

2. On page 12, in the twentieth line from the top of the page, the word "at" should be replaced with the word "as" so that as corrected, the text reads as follows: "reasonable doubt as to Quillayen's assault conviction."

The clerk of the court is directed to incorporate the foregoing changes in the original opinion and take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, January 20, 2010.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

---

[1] Nakamura, Chief Judge, and Leonard, J. Former Associate Judge Corinne K.A. Watanabe, who was a member of the panel on this appeal, retired from her judgeship effective December 31, 2009.